UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 10-00230-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JECARLOS MONTRAE CARTER | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before this Court is Defendant, JeCarlos Montrae Carter's ("Carter") "Motion for Extension of Time to File Reply to Government's Response" (Record Document 587) and "Motion to Reconsider Appointment of Counsel to Assist in Preparation to Reply to Government's Response" (Record Document 588);

**IT IS ORDERED** that the "Motion for Extension of Time to File Reply to Government's Response" is hereby **GRANTED**. Carter has until **August 13, 2018** to file his reply. No further extensions will be granted.

**IT IS FURTHER ORDERED** "Motion to Reconsider Appointment of Counsel to Assist in Preparation to Reply to Government's Response" is hereby **DENIED**.

Unlike defendants in criminal proceedings and prisoners directly appealing judgments in criminal cases as a matter of right, prisoners mounting collateral attacks on their convictions do not have a right to counsel under the Sixth Amendment. See Pennsylvania v. Finley, 481 U.S. 551, 555, 107 S. Ct. 1990, 1993 (1987). But a court has discretion to appoint counsel to a "financially eligible person" seeking relief under 28 U.S.C. § 2255 when "the interests of justice so require." 18 U.S.C. § 3006A(a)(2).

Carter has failed to demonstrate that his Section 2255 Motion warrants the appointment of counsel in order to file his reply to the Government's Response. Carter's

sixty-nine page Motion adequately presents his arguments. See Record Document 565. Consequently, the Court is not persuaded by Carter's contention that he has "experienced the pitfalls of not having adequate knowledge of the complexities of preparing an appeal or motion without adequate representation of lawyer," and thus he needs assistance in drafting a reply to the Government's Response. Record Document 562. Accordingly, the Court finds that the interests of justice do not require the appointment of counsel in order for Carter to file his reply to the Government's Response.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 24th day of July, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT