**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA          CRIMINAL ACTION NO. 10-00230-01

VERSUS                      JUDGE S. MAURICE HICKS, JR.

JECARLOS MONTRAE CARTER       MAGISTRATE JUDGE HORNSBY

**ORDER**

Before the Court is a Motion for Sentence Reduction Pursuant to Section 404 of the First Step Act filed by Defendant JeCarlos Montrae Carter ("Carter"). <u>See</u> Record Document 675. Carter submits that "the First Step Act of 2018 made the Fair Sentencing Act of 2010 retroactive so that prisoners who received longer sentences for crack [cocaine] than they would have for powder [cocaine] could submit a motion to have their sentences reduced." <u>Id.</u> at 2.

After consultation with the United States Probation Office, the Court finds that Carter is not eligible for a reduction based on the First Step Act of 2018. Carter was convicted for Cocaine Hydrochloride, also known as powder cocaine, with an amount exceeding five kilograms. He was not convicted and sentenced for crack cocaine.

Accordingly,

**IT IS ORDERED** that Carter's Motion for Sentence Reduction Pursuant to Section 404 of the First Step Act (Record Document 675) be and is hereby **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 23rd day of April, 2026.

_____
United States District Judge